ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JOSE MARTE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 314-034 |
| | ) | |
| GENERAL COUNSEL, Federal Bureau of Prisons, and STACEY STONE, Warden, CCA McRae Correctional Facility, | ) ) ) ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 5.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Thus, the Court **OVERRULES** Plaintiff's objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** the General Counsel of the Federal Bureau of Prisons, **DISMISSES** the petition, and **CLOSES** this civil action.

SO ORDERED this 6th day of August, 2014, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE